# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE J. BARRETT, ET AL., | |
| Plaintiffs, | CIVIL ACTION NO. 3:07-CV-2299 |
| v. | (JUDGE CAPUTO) |
| GIOVANNI PETRUZZO and CLAUDIA MONTELIONE, | |
| Defendants. | |

## ORDER

**NOW**, this <u>  2nd  </u> day of January, 2008, since there is not complete diversity of citizenship between the Plaintiffs and Defendants, and since this is required by 28 U.S.C. § 1332 ("[W]e have consistently interpreted § 1332 as requiring complete diversity: In a case with multiple plaintiffs and multiple defendants, the presence in the action of a single plaintiff from the same State as a single defendant deprives the district court of original diversity jurisdiction over the entire action." *Exxon Mobil Corp. v. Allapattah Servs., Inc.,* 545 U.S. 546, 553 (2005)), the Court is without jurisdiction.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case is dismissed for lack of jurisdiction.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge